UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ARTEAGA,<br><br>            Plaintiff,<br><br>    v.<br><br>D. NEVE, et al.,<br><br>            Defendants. | Case No.: 1:19-cv-01001-SKO (PC)<br><br>ORDER TO SHOW CASE WHY ACTION SHOULD NOT BE DISMISSED FOR PLAINTIFF'S FAILURE TO COMPLY WITH THE COURT'S ORDER<br><br>14-DAY DEADLINE |

Plaintiff Jose Arteaga is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. section 1983. On August 31, 2019, the Court issued an order requiring Plaintiff to submit an application to proceed *in forma pauperis* (IFP), or to pay the filing fee for this action. (Doc. 4.) Upon Plaintiff's motions, the Court granted Plaintiff two extensions of time to respond to the Court's order. (Docs. 7, 9.) Although the extended deadline has passed, Plaintiff has failed to file an IFP application, pay the filing fee, or otherwise respond to the Court's order.

The Local Rules, corresponding with Federal Rule of Civil Procedure 11, provide, "[f]ailure of counsel or of a party to comply with … any order of the Court may be grounds for the imposition by the Court of any and all sanctions … within the inherent power of the Court." Local Rule 110. "District courts have inherent power to control their dockets" and, in exercising that power, may impose sanctions, including dismissal of an action. *Thompson v. Housing Auth., City of Los Angeles*, 782 F.2d 829, 831 (9th Cir. 1986). A court may dismiss an action based on a

party's failure to prosecute an action, obey a court order, or comply with local rules. *See, e.g., Ferdik v. Bonzelet*, 963 F.2d 1258, 1260-61 (9th Cir. 1992) (dismissal for failure to comply with a court order); *Malone v. U.S. Postal Service*, 833 F.2d 128, 130-31 (9th Cir. 1987) (dismissal for failure to comply with a court order); *Henderson v. Duncan*, 779 F.2d 1421, 1424 (9th Cir. 1986) (dismissal for failure to prosecute and to comply with local rules).

Accordingly, Plaintiff is **ORDERED** to show cause **within 14 days** of the date of service of this order why this action should not be dismissed for his failure to comply with the Court's August 31, 2019 order. Alternatively, within that same time, Plaintiff may file an application to proceed *in forma pauperis* or pay the filing fee. **Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed for failure to obey the Court's order.**

IT IS SO ORDERED.

Dated: **November 18, 2019**  /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE