UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ARTEAGA,<br><br>            Plaintiff,<br><br>    v.<br><br>D. NEVE, et al.,<br><br>            Defendants. | Case No.: 1:19-cv-01001-SKO (PC)<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE**<br><br>(Doc. 10) |

On November 18, 2019, the Court issued an order to show cause (OSC) why this action should not be dismissed for Plaintiff's failure to comply with a Court order. (Doc. 10.) The Court ordered Plaintiff to respond to the OSC or, alternatively, to file an application to proceed *in forma pauperis* (IFP) or pay the filing fee. (*Id.* at 2.) Plaintiff filed an IFP application on that same date. (Doc. 11.) Accordingly, the court **DISCHARGES** the order to show cause issued on November 18, 2019.

IT IS SO ORDERED.

Dated:   **November 20, 2019**           /s/ *Sheila K. Oberto*
                                                        UNITED STATES MAGISTRATE JUDGE