1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11   JOSE ARTEAGA,                          Case No.: 1:19-cv-01001-SKO (PC)

12                   Plaintiff,             **ORDER TO SHOW CAUSE WHY MOTION
                                            TO PROCEED *IN FORMA PAUPERIS*
13          v.                              SHOULD NOT BE DENIED**

14   D. NEVE, et al.,                       (Doc. 11)

15                   Defendants.            21-DAY DEADLINE

16

17          On November 18, 2019, Plaintiff Jose Arteaga filed a motion to proceed *in forma*

18   *pauperis* (IFP). (Doc. 11.) The Inmate Statement Report included with his motion indicates that,

19   as of September 19, 2019, Plaintiff had $1,186.72 in his inmate trust account. (*Id.* at 9.) During

20   the proceeding six months, Plaintiff had an average monthly balance of approximately $1,486.

21   (*See id.*)

22          Proceeding "in forma pauperis is a privilege not a right." *Smart v. Heinze*, 347 F.2d 114,

23   116 (9th Cir. 1965). While a party need not be completely destitute to proceed IFP, *Adkins v. E.I.*

24   *DuPont de Nemours & Co.*, 335 U.S. 331, 339-40 (1948), "'the same even-handed care must be

25   employed to assure that federal funds are not squandered to underwrite, at public expense, either

26   frivolous claims or the remonstrances of a suitor who is financially able, in whole or in material

27   part, to pull his own oar.'" *Doe v. Educ. Enrichment Sys.*, No. 15cv2628-MMA (MDD), 2015

28   U.S. Dist. LEXIS 173063, *2 (S.D. Cal. 2015) (quoting *Temple v. Ellerthorpe*, 586 F. Supp. 848,

850 (D.R.I. 1984)). Hence, "the court shall dismiss the case at any time if the court determines that the [plaintiff's] allegation of poverty is untrue." 28 U.S.C. § 1915(e)(2)(A). Here, it appears that Plaintiff has adequate funds to be required to pay the filing fee in full to proceed in this action.

Accordingly, the Court **ORDERS** that, **within 21 days** of the date of service of this order, Plaintiff SHALL show cause why his motion to proceed *in forma pauperis* should not be denied, and why this action should not be dismissed without prejudice to refiling with prepayment of the filing fee. **Failure to respond to this order will result in dismissal for failure to obey a court order.**

IT IS SO ORDERED.

Dated: __**November 25, 2019**__ _____ /s/ *Sheila K. Oberto* _____

UNITED STATES MAGISTRATE JUDGE

2