1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11    JOSE ARTEAGA,                          Case No.: 1:19-cv-01001-SKO (PC)

12                    Plaintiff,             **FINDINGS AND RECOMMENDATIONS
                                             TO DENY PLAINTIFF'S MOTION TO
13          v.                               PROCEED *IN FORMA PAUPERIS***

14    D. NEVE, et al.,                       (Docs. 11, 15)

15                    Defendants.            21-DAY DEADLINE

16
                                             Clerk of the Court to assign a District Judge
17

18          On November 18, 2019, Plaintiff Jose Arteaga filed a motion to proceed *in forma

19    pauperis* (IFP). (Doc. 11.) The Inmate Statement Report included with Plaintiff's motion

20    indicates that, as of September 19, 2019, Plaintiff had $1,186.72 in his inmate trust account. (*Id.*

21    at 9.) During the preceding six months, Plaintiff had an average monthly balance of

22    approximately $1,486. (*See id.*) Thus, it appears that Plaintiff has adequate funds to pay the filing

23    fee of $400 in full to proceed in this action.

24          Accordingly, on November 25, 2019, the Court issued an order to show cause why

25    Plaintiff's IFP motion should not be denied. (Doc. 13.) Plaintiff responded on December 20,

26    2019.[1] (Doc. 15.) In his response, Plaintiff does not contest that he has adequate funds to pay the

27

28    ───────────────
      [1] Plaintiff captions his response as a motion. (*See* Doc. 15 at 1.) To the extent that Plaintiff's filing is a motion for an
      extension of time, (*see id.* at 4), the Court denies the motion for the reasons set forth herein.

1  filing fee in this action, and he discusses the efforts he has made to attempt to pay the fee from his

2  inmate trust account. (*See id.* at 2-4.) Plaintiff states that he was under the assumption that all

3  prisoners must file IFP applications as a matter of course, and that he did not intend to mislead the

4  Court about his ability to pay the filing fee. (*See id.*)

5  As the Court previously explained, (*see* Doc. 13 at 1), proceeding "in forma pauperis is a

6  privilege not a right." *Smart v. Heinze*, 347 F.2d 114, 116 (9th Cir. 1965). While a party need not

7  be completely destitute to proceed IFP, *Adkins v. E.I. DuPont de Nemours & Co.*, 335 U.S. 331,

8  339-40 (1948), "'the same even-handed care must be employed to assure that federal funds are

9  not squandered to underwrite, at public expense, … the remonstrances of a suitor who is

10  financially able, in whole or in material part, to pull his own oar.'" *Doe v. Educ. Enrichment Sys.*,

11  No. 15cv2628-MMA (MDD), 2015 U.S. Dist. LEXIS 173063, *2 (S.D. Cal. 2015) (quoting

12  *Temple v. Ellerthorpe*, 586 F. Supp. 848, 850 (D.R.I. 1984)).

13  Since Plaintiff is able to pay the filing fee in full in this action, the Court HEREBY

14  RECOMMENDS that:

15      1.  Plaintiff's motion to proceed *in forma pauperis*, (Doc. 11) be DENIED; and,

16      2.  Plaintiff be required to pay the filing fee of $400.00 within 30 days of the assigned

17         District Judge adopting these findings and recommendations.

18  The Court DIRECTS the Clerk of the Court to randomly assign a District Judge to this action.

19  These findings and recommendations will be submitted to the United States District Judge

20  assigned to this case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). **Within 21 days** of the

21  date of service of these findings and recommendations, Plaintiff may file written objections with

22  the Court. The document should be captioned, "Objections to Magistrate Judge's Findings and

23  Recommendations." Plaintiff's failure to file objections within the specified time may result in

24  waiver of his rights on appeal. *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014) (citing

25  *Baxter v. Sullivan*, 923 F.2d 1391, 1394 (9th Cir. 1991)).

26

27  IT IS SO ORDERED.

28  Dated: __**January 2, 2020**__           __/s/ *Sheila K. Oberto*__

1    UNITED STATES MAGISTRATE JUDGE

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28