UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ARTEAGA,<br><br>    Plaintiff,<br><br>    v.<br><br>D. NEVE, et al.,<br><br>    Defendants. | 1:19-cv-01001-NONE-SKO (PC)<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION**<br><br>(Doc. 21) |

On November 25, 2019, the Court issued an order to show cause why Plaintiff's motion to proceed *in forma pauperis* should not be denied, given that Plaintiff had $1,186.72 in his inmate trust account, which is more than enough to pay the filing fee in full in this action. (Doc. 13.) Plaintiff filed a response on December 20, 2019, though he did not contest that he had adequate funds to pay the filing fee. (*See* Doc. 15.) Accordingly, the Court issued findings and recommendations to deny Plaintiff's motion to proceed *in forma pauperis* and to require Plaintiff pay the filing fee in full within 30 days. (Doc. 17.) The findings and recommendations were served on Plaintiff on January 3, 2020, and provided 21 days to file objections thereto. (*Id.* at 2.) Plaintiff did not file objections within the allowable time, and District Judge Drozd adopted the findings and recommendations in full on February 5, 2020. (Doc. 19.)

On February 6, 2020, Plaintiff filed a document titled, "Motion to Oppositions and Objections to Judge and permission to proceed and permission … to [Reconsider]." (Doc. 21.) In

| | |
|---|---|
| 1 | the document, Plaintiff provides reasons for why he did not file objections to the findings and |
| 2 | recommendations by the prescribed deadline. (*See id.*) Plaintiff attached a supporting declaration, |
| 3 | in which he states that he is "unable to pay the costs of [this] proceeding." (Doc. 22). However, |
| 4 | Plaintiff again does not dispute that he has sufficient funds in his inmate trust account to do just |
| 5 | that. (*See id.*) |

To the extent that Plaintiff requests the undersigned to (1) extend the deadline to file objections to the findings and recommendations (Doc. 17), (2) reconsider the findings and recommendations, or (3) grant Plaintiff's motion to proceed *in forma pauperis*, the motion (Doc. 21) is DENIED as moot. Pursuant to the district judge's February 5, 2020 order (Doc. 19), Plaintiff must pay the filing fee of $400 in full to proceed in this action.

IT IS SO ORDERED.

Dated: **February 7, 2020**  /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE