| | |
|---|---|
| | |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ARTEAGA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>D. NEVE, et al.,<br><br>　　　　　　Defendants. | No. 1:19-cv-01001-NONE-SKO (PC)<br><br>ORDER DISMISSING ACTION FOR FAILURE TO PAY FILING FEE AND TO OBEY A COURT ORDER |

　　　　Plaintiff Jose Arteaga is a state prisoner proceeding *pro se* in this civil rights action under 42 U.S.C. section 1983. (Doc. No. 1.) This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. section 636(b)(1)(B) and Local Rule 302.

　　　　On February 6, 2020, the court denied plaintiff's motion to proceed *in forma pauperis* (Doc. No. 11) and ordered him to pay the filing fee of $400 within thirty (30) days. (Doc. No. 19.) The court warned plaintiff that failure to pay the filing fee within the specified time would result in dismissal of this action. (*Id.*) Plaintiff has not paid the filing fee and the time to do so has since passed.

///
///
///
///

Accordingly,

1. This action is dismissed without prejudice for plaintiff's failure to pay the filing fee and to obey a court order; and,
2. The Clerk of the Court is directed to assign a district judge to this matter for the purposes of closure and to close this case.

IT IS SO ORDERED.

Dated: __March 31, 2020__

*Dale A. Drozd*
UNITED STATES DISTRICT JUDGE